MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DANIEL P. FILOR (DF-8859)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2726
Facsimile: (212) 637-2717

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARRY RISSMAN,

        Plaintiff,

v.

U.S. DEPARTMENT OF LABOR,

        Defendant.
------------------------------------------------------------x

07 Civ. 1010 (CM)

**STIPULATION OF VOLUNTARY DISMISSAL OF REQUEST FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

WHEREAS on or about February 13, 2007, Garry Rissman ("Plaintiff") filed a summons and complaint in the above-captioned matter (the "Complaint") against the United States Department of Labor (the "DOL" or "Defendant");

WHEREAS on or about February 13, 2007, Plaintiff submitted a draft Order to Show Cause seeking a Preliminary Injunction and Temporary Restraining Order and a supporting affidavit;

WHEREAS on February 15, 2007, the Court issued an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; and

WHEREAS on February 16, 2007 and February 20, 2007, the DOL sent correspondence to Plaintiff regarding matters that plaintiff sought to raise through the Order to Show Cause (attached hereto collectively as Exhibit A);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff and Defendant as follows:

1. Plaintiff's request for a Preliminary Injunction and Temporary Restraining Order is withdrawn;

2. This stipulation shall not be deemed an admission by the Defendant that this Court has jurisdiction over the merits of this case. See 5 U.S.C. § 8128(b).

3. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
February 23, 2007

Dated: New York, New York
February 23, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
GARRY RISSMAN
Pro Se Plaintiff
255 West 43rd Street, #602
New York, New York 10036
Telephone: (212) 302-1467

By: _____
DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2726
Facsimile: (212) 637-2717

So Ordered:

Dated: New York, New York
February 23, 2007

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

File Number: 022056956
ff-O-NO

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 2 NYC
LONDON, KY 40742-8300
Phone: (646) 264-3000

February 16, 2007

Date of Injury: 07/27/2004
Employee: GARRY D. RISSMAN

GARRY D RISSMAN
255 W 43RD ST, # 602
NEW YORK, NY 10036

Dear Mr. Rissman:

This letter is in reference to our letter dated January 19, 2007 wherein you were informed of the scheduling of a referee medical examination.

Based on a subsequent review of your file and in accordance with our procedures, it was determined that we can approve the L5/S1 spinal surgery. Our Central Medical Authorization facility will send you an authorization letter under separate cover.

With regard to our letter dated January 25, 2007, please be advised that the letter was intended to inform you of your responsibilities about attending scheduled examinations, but it may have been misleading in notifying you of a possible suspension. This was not in accord with our procedures. We ask you that you disregard the letter and we apologize for any misunderstanding and for any inconvenience this may have caused you.

Sincerely,


Valerie Fleming
Claims Examiner


DEPT OF HOMELAND SECURITY
TRANSPORTATION SECURITY ADMN
75-20 ASTORIA BOULEVARD
SUITE 300
EAST ELMHURST, NY 11370

Case No: 022056956    Page No: 1    Rec'd Date: 02/16/2007

DOLA3700-R001A 0000281 FECA

Fiscal Agent Services U.S. Department of Labor - FECA
PO Box 8300 Employment Standards Administration
London, KY 40742 Office of Workers' Compensation Programs

February 20, 2007

SEAPORT ORTHOPEDIC ASSOC
19 BEEKMAN ST
NEW YORK          NY 10038

Claimant Name:        GARRY       D RISSMAN
Claimant ID:          022056956   01
Authorization Number: 8020070208 00684
PROVIDER NUMBER:      109058700
System Auth Number:   7039000990 7039000991 7039000992 7039000993 7039000994

The request for authorization for 02/07/07 to 06/07/07 has been reviewed
and authorized as follows:

| | | |
|---|---|---|
| 63047 | REMOVAL OF SPINAL LAMINA | 2 Units |
| 22612 | LUMBAR SPINE FUSION | 2 Units |
| 20936 | SPINAL BONE AUTOGRAFT | 2 Units |
| 69990 | MICROSURGERY ADD-ON | 2 Units |
| 64714 | REVISE LOW BACK NERVE(S) | 2 Units |

The service requested is authorized for the condition(s) accepted by OWCP.
It is your responsibility to ensure you have the correct ICD9 code from the
claimant for their accepted condition when you bill for this service. This
authorization does not guarantee payment as billed. Billings are subject to
systematic review for propriety. Additionally, the OWCP Fee Schedule
applies to billed amounts.

ATTENTION: Effective October 1st, 2006, your ACS OWCP Provider Number
must be in box 33 of a HCFA or box 51 of a UB. If the number is not
included on the form, your bill will be returned.

In the event that you wish to change the procedure authorized (i.e., date of
service, provider or procedure), please submit your change request via
facsimile to 800-215-4901 using the prior authorization template, which can
be found on our website.

For faster service, you are now able to seek, and, for routine care, receive
medical authorizations online. Please begin using our website at
http://owcp.dol.acs-inc.com/portal/main.do to submit your authorization
requests. If you do not have access to the website, you may continue to
submit your prior authorization requests to us via our toll free facsimile
line at 800-215-4901 using the prior authorization templates provided to you
in your welcome packet.

Sincerely,
ACS Prior Authorizations Department

Case No: 022056956          Page No: 1          Rec'd Date: 02/20/2007

File Number: 022056956
fl-O-NO

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 2 NYC
LONDON, KY 40742-8300
Phone: (646) 264-3000

February 20, 2007

Date of Injury: 07/27/2004
Employee: GARRY D. RISSMAN

GARRY D RISSMAN
255 W 43RD ST, # 602
NEW YORK, NY 10036

Dear Mr. RISSMAN:

This letter clarifies our February 16 letter informing you that your surgery was approved. Regarding the scheduling of a referee medical examination, we have determined that such an examination is not necessary at this time. Although the second opinion physician believes you are capable of performing light duty and your treating physician believes you are totally disabled, we will hold off further medical development in the form of a referee examination pending the results of your surgery.

Sincerely,

Valerie Fleming
Claims Examiner

DEPT OF HOMELAND SECURITY
TRANSPORTATION SECURITY ADMN
75-20 ASTORIA BOULEVARD
SUITE 300
EAST ELMHURST, NY 11370

---

Case No: 022056956              Page No: 1              Rec'd Date: 02/20/2007



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

February 26, 2007

**BY FACSIMILE**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

    Re: **Rissman v. U.S. Dep't of Labor**, 07 Civ. 1010 (CM)

Dear Judge McMahon:

    The United States and plaintiff in the above-referenced action respectfully submit for the Court's approval the attached signed proposed Stipulation and Order. Pursuant to this Stipulation, the parties have agreed that plaintiff's request for a preliminary injunction and a temporary restraining order are withdrawn. In light of these circumstances, the parties respectfully request that the Court approve the Stipulation and Order. As a result of this Stipulation and Order, the parties also respectfully request that the hearing on the Order to Show Cause scheduled for March 1, 2007, be adjourned *sine die*.

    Thank you for your consideration of these requests.

                                          Respectfully,

                                          MICHAEL J. GARCIA
                                          United States Attorney

          By: _____
                DANIEL P. FILOR
                Assistant United States Attorney
                Telephone: (212) 637-2726
                Facsimile: (212) 637-2717

cc:   (by electronic mail)

    GARRY RISSMAN (pro se)
    255 West 43rd Street, #602
    New York, New York 10036