USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

RECEIVED
FEB 01 2008
PRO SE OFFICE

MEMO ENDORSED

Garry Rissman
The Times Square Hotel
255 W. 43rd St., #602
New York, NY 10036
Home #212/302-1467  Cell 646/245-9839
photo_webmaster@yahoo.com

*Case withdrawn*
*Clerk to Close file*

*/s/ Colleen McMahon*
*2/5/08*

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
NY, NY 10007-1312

Jan. 30, 2008

RE:  07 CV 1010
     Request to withdraw my case

Dear Judge McMahon:

I just spoke to the Pro Se Office who told me that I may write this letter to you requesting that my case be withdrawn. As can be seen from the attached Jan. 28th 2008 letter to my OWCP Claims Examiner, Anna Batchan, I requested to be terminated from their program as both of my retirement applications have been approved by the Social Security Administration and the Office of Personell Management.

Therefore, my claim is now mooted. I have applied for and received the alternative administrative mechanism mentioned by Dan Filor in his Oct. 16th 2007 endorsed memo asking for a a three month extension.

Sincerely yours,

Garry Rissman

CC: DAN FILOR
Assistant United States Attorney
86 Chambers Street
New York, New York  10007

COPY RECEIVED
JAN 31 2008
U.S. ATTORNEY'S SDNY

**GARRY RISSMAN**
255 W. 43RD ST., #602
NEW YORK, NY 10036
TEL. 212/302-1467 • CELL 646/245-9839
photo_webmaster@yahoo.com

Anna Batchan, Claims Examiner
U.S. Department of Labor
Employment Standards Administration
Office of Workers' Comp Programs
201 Varick Street, Room 740
New York, NY 10014

Jan. 28, 2008

RE:   File # 022056956; my termination request

Dear Anna Batchan:

Thank you for your time today during our phone conversation. As I mentioned to you, I just received written notification today that both of my retirement applications have been approved by the Social Security Administration and the Office of Personnel Management.

Therefore, I request to be terminated from your program effective today's date.


Respectfully submitted,

*Garry Rissman*
Garry Rissman


CC:   Dan Filor, Assistant United States Attorney
      Esther Torcivia, Human Resources, TSA LaGuardia Airport

